**CITY OF SUGAR CREEK, Respondent,**

**v.**

**Gene A. BROWNING, Appellant.**

**No. WD 36812.**

Missouri Court of Appeals,
Western District.

Nov. 5, 1985.

L.R. Magee, Hines & Magee, Kansas City, for appellant.

Michael W. Manners, Paden, Welch, Martin, Albano & Graeff, Independence, for respondent.

Before NUGENT, P.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

Defendant appeals a municipal division conviction of the Sugar Creek Municipal Ordinance for disturbance of the peace, and dismissal of his appeal to circuit court for trial de novo.

Dismissal affirmed. Remand to municipal division for execution. Rule 30.25(b).

**Richard Alouis DIEMERT, Respondent,**

**v.**

**Camille Lynn DIEMERT, Appellant.**

**No. WD 36848.**

Missouri Court of Appeals,
Western District.

Nov. 5, 1985.

William Brandecker, Columbia, for appellant.

Loramel P. Shurtleff, Shurtleff & Froeschner, Columbia, for respondent.

Before NUGENT, P.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

Appeal by former wife from a decree of dissolution of marriage denying her maintenance, and allowances pending appeal.

Judgment affirmed. Rule 84.16(b).